FILED
2016 Jan-15 AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ADRIENNE RUTLEDGE,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**AVEDA, et al.,** )<br>)<br>**Defendants.** )<br>) | Civil Action Number<br>**2:14-cv-00145-AKK-JHE** |

## **ORDER**

The magistrate judge filed a report on December 11, 2015, doc. 56, recommending that Adrienne Rutledge's motion for leave to file an amended complaint, doc. 51, be denied because her proposed amended complaint, doc. 51-1, would be futile as the amendment failed to allege facts to support all of the elements of any of her claims. Although the plaintiff was advised of her right to file specific written objections, she has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the

magistrate judge's recommendation is **ACCEPTED**.  It is therefore **ORDERED** that Rutledge's motion for leave to amend, doc. 51, be **DENIED**.

**DONE** the 15th day of January, 2016.

                                                                  /s/ Abdul Kallon
                                                           **ABDUL K. KALLON**
                                                   UNITED STATES DISTRICT JUDGE